[PHILADELPHIA, DECEMBER 14, 1837.] .

## JOHNSON *against* HIBBARD.

IN this case THE COURT quashed a writ of error, which had
issued to the Court of Common Pleas for the City and County
of Philadelphia, on the ground that the judgment of the court
below had been given on a *certiorari*, issued to remove the judg-
ment of an alderman; the twenty-second section of the act of
20th March, 1810, declaring that the judgment on such *certiorari*
shall be final, and that no writ of error shall issue thereon.

Mr. *Jack* for the plaintiff in error.

Mr. *Henderson, contra.*